**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| JOSEPH W. MILANO III, | FILED: SEPTEMBER 3, 2008 |
| v. | 08CV5030 |
| EQUIFAX INFORMATION SERVICES, LLC, and | JUDGE GUZMAN |
| TRANS UNION, LLC | MAGISTRATE JUDGE NOLAN |
| | CH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff - JOSEPH W. MILANO III,

| NAME (Type or print) |
|---|
| Larry P. Smith |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Larry P. Smith |

| FIRM |
|---|
| Larry P. Smith & Associates, Ltd. |

| STREET ADDRESS |
|---|
| 205 N. Michigan Ave. Suite 4000 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6217162 | 312-222-9028 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐