*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08cv5030          Assigned/Issued By: j. n.

Judge Name:                    Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
               ☐ IFP        ☐ No Fee    ☐ Other _____
               ☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____               Receipt #: _____

Date Payment Rec'd: _____            Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                                   ☐ Alias Summons

☐ Third Party Summons                       ☐ Lis Pendens

☐ Non Wage Garnishment Summons              ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons        _____
                                            _____
                                            *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets               ☐ Other

☐ Writ _____               _____
       *(Type of Writ)*                     _____
                                            *(Type of issuance)*

_1_ Original and _0_ copies on _9-4-08_____ as to _trans union, llc_____
                                *(Date)*

_____
_____